# 1: CV00-0640

IN FORMA PAUPERIS DECLARATION

_U.S. District Court/Middle District of Penn._
[Insert appropriate court]

RECEIVED
SCRANTON
MAR 2 2 2000

FILED
SCRANTON
PER _____ DEPUTY CLERK
APR 1 0 2000
PER _____ DEPUTY CLERK

_Glen Koski_
(Petitioner)

v.

_United States_
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, _Glen Koski_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I belief I am entitled to relief.

1. Are you presently employed? Yes [✓] No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
      _15.00 – 16.00 Monthly_
      _F.P.C. Allenwood_
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment? Yes [ ] No [✓]
   b. Rent payments, interest or dividends? Yes [ ] No [✓]
   c. Pensions, annuities or life insurance payments? Yes [ ] No [✓]
   d. Gifts or inheritances? Yes [✓] No [ ]
   e. Any other sources? Yes [ ] No [✓]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.
_Approx 1000.00 Gifts for Birthday, Christmas Etc. To be used for Clothing, Sneakers, Toilet & Health Care products as well as phone calls & stamps_
_Plus $15-16 monthly pay from B.O.P._

8

3. Do you own cash, or do you have money in a checking or savings account?

   Yes [✓]   No [ ]   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.
   Commissary acct - $52.88
   Phone acct     -   9.12    } $72.00 Total Value
   Vending credits -  10.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes [ ]   No [✓]

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. Christine Mack (Ex-wife)
   Griffyn Koski (Son)
   Devlin Koski (Son)
   Meg Koski (Daughter)
   I haven't been able to contribute any support since my Imprisonment

   I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

   Executed on March 16th 2000
                  (Date)

                                              Glen Koski
                                              (Signature)

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 52.88 on account to his credit at the Allenwood Federal Prison Camp institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said
   0                            institution:

                                     D. Simpson, Case Manager
                                     Authorized Officer of Institution
                                     3-16-2000       , Case Manager,
                                     Authorized by the Act of July 7,
                                     1955, as amended, to administer
                                     oaths (18 USC 4004)

9