J. Rambo.
FPSM Belisario  5/30/200

Dear Mary E. D'Andrea;

I am writing in Reference To 1:00-CV-00640 Koski v. United States, Petition for writ of ~~Habeas Corpus~~. Judge Sylvia H. Rambo.

Has There been A Response To Show Cause acknowledged by The court?

Thank you for your time and I can be reached at:

Glen KOSKI    03235-082
FPC Allenwood
P.O. Box 1000
Montgomery, Pa.
17752

FILED
HARRISBURG, PA
JUN 01 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Thank you again,
Glen Koski