IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLEN WILLIAM KOSKI,              :   CIVIL ACTION NO. 1:CV-00-0640
                                 :
    Petitioner               :
                                 :
v.                               :
                                 :
UNITED STATES,                   :   (Judge Rambo)
                                 :
    Respondent               :

FILED
HARRISBURG, PA
JUN 0 9 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

NOW, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondent and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondent shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

                                                /s/ Sylvia H. Rambo
                                          SYLVIA H. RAMBO,
                                          United States District Judge

Dated: June 9, 2000

SR:dlb

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

### CLERK'S OFFICE
### HARRISBURG DIVISION

Mary D'Andrea, Clerk



TO: _Lou_

FROM: _George_

COMMENTS: _Show Cause order for Service today. Please was file._

THIS FACSIMILE CONTAINS A TOTAL OF ____ PAGES INCLUDING THIS SHEET.

PLEASE CALL IF THIS FAX IS INCOMPLETE.
PHONE NUMBER: (717) 221-3920
FAX NUMBER:   (717) 221-3959

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG, PENNSYLVANIA 17108

```
              UNITED STATES DISTRICT COURT
                      FOR THE
             MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                        June 9, 2000
```

Re:  1:00-cv-00640    Koski v. United States

True and correct copies of the attached were mailed by the clerk to the following:

```
Glen William Koski
FPC-ALLEN
Federal Prison Camp at Allenwood
03235-082
P.O. Box 1000
Montgomery, PA  17752
```

cc:
| | |
|---|---|
| Judge | ( ) |
| Magistrate Judge | ( ) |
| U.S. Marshal | ( ) |
| Probation | ( ) |
| U.S. Attorney | ( ) |
| Atty. for Deft. | ( ) |
| Defendant | ( ) |
| Warden | ( ) |
| Bureau of Prisons | ( ) |
| Ct Reporter | ( ) |
| Ctroom Deputy | ( ) |
| Orig-Security | ( ) |
| Federal Public Defender | ( ) |
| Summons Issued | ( ) with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) |
| Standard Order 93-5 | ( ) |
| Order to Show Cause | ( ) with Petition attached & mailed certified mail to: US Atty Gen (✓)  PA Atty Gen ( ) DA of County ( )  Respondents (✓) |
| Bankruptcy Court | ( ) |
| Other _____ | ( ) |

MARY E. D'ANDREA, Clerk

DATE: 6/9/00             BY: _____
                              Deputy Clerk