Law Clerk's Copy

COPY
(1)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GLEN WILLIAM KOSKI, :
      Petitioner :
 :
    v. : Civil No. 1:CV-00-0640
 : (Judge Rambo)
UNITED STATES, :
      Respondent :

FILED
HARRISBURG, PA
JUN 29 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RESPONDENT'S EXHIBITS IN SUPPORT
OF ITS RESPONSE TO HABEAS CORPUS PETITION

DAVID M. BARASCH
United States Attorney

KATE L. MERSHIMER
Assistant United States Attorney
SHELLEY L. GRANT
Paralegal Specialist
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA    17108-1754
717/221-4482

Date:  June 29, 2000

## Table of Contents

Exhibit 1 - Declaration of Linda J. Edwards

Exhibit 2 - Sentence Monitoring Computation Data Sheet.

# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GLENN KOSKI,
        Petitioner,

                              CIVIL ACTION NO. 1:CV-00-0640

V.

UNITED STATES OF AMERICA,
ET. AL.
        Respondent.

DECLARATION OF LINDA J. EDWARDS

I, Linda J. Edwards, declare and state as follows:

1.   I am the Inmate Systems Manager in charge of the Records Office at the Federal Prison Camp, Montgomery, Pennsylvania (FPC Allenwood). I have been employed by the Federal Bureau of Prisons (BOP) since April 21, 1991. I have held the position of Inmate Systems Manager at FPC Allenwood since March 2000. Through my official duties, I am familiar with the Bureau of Prisons policies and procedures pertaining to the computation of federal sentences. As Inmate Systems Manager, I audit the federal sentence computations for inmates committed for service of sentence to FPC Allenwood.

2.   I have audited the federal sentence computation on Glenn Koski. The computation has been computed in accordance with U.S. Code, the Code of Federal Regulations, and BOP policy. Following, are the calculations for Mr. Koski's sentence.



Sentence Information:

On July 30, 1991, Mr. Koski was arrested by federal authorities and held for extradition to Canada. On August 16, 1992, Mr. Koski was extradited to Canada. On October 13, 1992, he was sentenced by the Honorable Juge Yves Lagace, J.C.Q., in the Court of Sessions, Montreal, Providence of Quebec, Canada, Case No. 01-018172-921, for the offense of Conspiracy to Traffic in a Narcotic, to four years imprisonment. On February 12, 1994, Mr. Koski was released, via parole to deportation, from his Canadian sentence. On January 19, 1999, Mr. Koski was sentenced, in the District of Vermont, for the offense of Violations of the Maritime Drug Act, in violation of Title 48 USC 1903(a)(g) & (j), to 30 months imprisonment.

Federal Sentence Calculation:

```
    Date Computation Begins   : 1999-02-16
    Term in Effect (TIE)      : +  2-06-00
    Tentative Full Term Date  = 2001-08-15*   22873
    Prior Custody Credit      :            -   50 days
    Full Term Date (EFT)      : 2001-06-26 = 22823
    Total Good Conduct Time
        (GCT) Possible        :            -  117 days
    GCT Release Date          : 2001-03-01 = 22706
```

The prior custody credit awarded toward his federal sentence is July 23, 1996 thru July 24, 1996 when Mr. Koski was held at the Chittenden Regional Correctional Center, and May 31, 997 thru July 17, 1997, when Mr. Koski was held at the Northwest State Correctional Center, Marble Valley Regional, and Northwest State Correctional Center. Prior custody credit from July 30, 1991

(date of federal arrest for extradition to Canada) thru October 12, 1992 (the day before the Canadian sentence was imposed), was awarded toward the Canadian sentence. It is clear the Canadian Court applied the credit when imposing the four year sentence, as noted in the transcripts. The awarding of the credit was also confirmed in a letter from the U.S. Probation Officer. All prior custody information (Canadian and Federal) was also reviewed and approved by the Northeast Regional Inmate Systems Administrator; Central Office, ISM Branch and the Office of General Counsel, as being in compliance with 18 USC 3585(b).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2000.

*[signature]*
LINDA J. EDWARDS
INMATE SYSTEMS MANAGER
FEDERAL BUREAU OF PRISONS
FEDERAL PRISON CAMP
ALLENWOOD
MONTGOMERY, PENNSYLVANIA

# EXHIBIT 2

```
   ALFDF   540*23  *           SENTENCE MONITORING              *    06-15-2000
   PAGE 001         *           COMPUTATION DATA                *    10:13:08
                                AS OF 06-15-2000

 REGNO..: 03235-082 NAME: KOSKI, GLENN


 FBI NO............: 353097NA6             DATE OF BIRTH: 12-12-1949
 ARS1..............: ALW/A-DES
 UNIT..............: B                     QUARTERS.....: B07-020L
 DETAINERS.........: NO                    NOTIFICATIONS: NO

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  03-01-2001 VIA GCT REL

 -----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

 COURT OF JURISDICTION............: VERMONT
 DOCKET NUMBER....................: 2:95CR00072-011
 JUDGE............................: SESSIONS III
 DATE SENTENCED/PROBATION IMPOSED: 01-19-1999
 DATE COMMITTED...................: 02-16-1999
 HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED................: NO

               FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
 NON-COMMITTED.: $50.00         $00.00          $6,000.00      $00.00

 RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $00.00

 -------------------------CURRENT OBLIGATION NO: 010 ---------------------------
 OFFENSE CODE....:  859
 OFF/CHG: 46-1903(A)(G) & (J) VIOLATIONS OF THE MARITIME DRUG ACT (CT 4)

  SENTENCE PROCEDURE..............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
  TERM OF SUPERVISION.............:     3 YEARS
  DATE OF OFFENSE.................: 07-31-1991




 G0002         MORE PAGES TO FOLLOW . . .
```



```
ALFDF   540*23  *           SENTENCE MONITORING          *    06-15-2000
PAGE 002 OF 002 *           COMPUTATION DATA             *    10:13:08
                            AS OF 06-15-2000
```

REGNO..: 03235-082  NAME: KOSKI, GLENN

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-29-1999 AT ALW AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 02-16-1999
TOTAL TERM IN EFFECT............:    30 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS        6 MONTHS

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     07-23-1996    07-24-1996
                                     05-31-1997    07-17-1997

TOTAL PRIOR CREDIT TIME.........: 50
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT POSSIBLE..............: 117
TOTAL GCT AWARDED...............: 54
STATUTORY RELEASE DATE (CURRENT): 05-03-2001
SIX MONTH /10% DATE.............: 12-13-2000
EXPIRATION FULL TERM DATE.......: 06-26-2001


PROJECTED SATISFACTION DATE.....: 03-01-2001
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: COMPUTATION UPDATED 9-29-99 TO DELETE PRIOR CUSTODY CREDIT PER
                CENTRAL OFFICE MEMO.




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GLEN WILLIAM KOSKI,       :
    Petitioner            :
                          :
    v.                    : Civil No. 1:CV-00-0640
                          : (Judge Rambo)
UNITED STATES,            :
    Respondent            :

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

    That on this 29th day of June, 2000, she served a copy of the attached

**RESPONDENT'S EXHIBITS IN SUPPORT
OF ITS RESPONSE TO HABEAS CORPUS PETITION**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the places and addresses stated below, which is the last known addresses, and by depositing said envelope and contents in the United States Mail in Harrisburg, Pennsylvania.

Addressee:

Glen William Koski
Reg. No. 03235-082
F.P.C. Allenwood
P.O. Box 1000
Montgomery, PA 17752-9718

                                                                                     SHELLEY L. GRANT
                                                                                     Paralegal Specialist