IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLEN WILLIAM KOSKI, : CIVIL ACTION NO. 1:CV-00-0640
:
    Petitioner :
:
v. :
:
UNITED STATES, : (Judge Rambo)
:
    Respondent :

### O R D E R

AND NOW, upon consideration of Respondent's motion for leave to reply to Petitioner's traverse, said motion (Doc. 9) is granted. Respondent may file its reply on or before August 4, 2000.

                                            SYLVIA H. RAMBO,
                                            United States District Judge

Dated: July 26, 2000

SR:dlb