(13)
2/01/0

TO: The Court Clerk         Rambo         Feb 10

I am Informing you of my change of address;

Glen William Koski        Civil action No. 1:CV-00-0640

New mailing address:

Glen Koski
P.O. Box 132
So. Hero, VT.
05486


RECEIVED FEB 16 2001 HARRISBURG, PA. DEPUTY CLERK

FILED
HARRISBURG, PA
FEB 16 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk