DMB:KLM:slg:2000V00478

JUDGE'S COPY

FILED
HARRISBURG

APR 0 9 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GLEN WILLIAM KOSKI, :
    Petitioner :
  :
v. : Civil No. 1:CV-00-0640
  : (Judge Rambo)
UNITED STATES, :
    Respondent :

### NOTICE TO THE COURT

This is a habeas action brought by a federal prisoner who sought fifteen months of credit toward his federal sentence based upon time he was in custody prior to serving a Canadian sentence. The inmate brought his habeas petition in April 2000 and the Government had responded to it in June 2000.

Subsequently, the Government learned that on March 1, 2001, petitioner was released to the community. Petitioner has obviously received the relief requested in his habeas corpus petition. Therefore, the case is moot and is subject to dismissal. See Steffel v. Thompson, 415 U.S. 452, 459 (1974)("The rule in federal cases is that an actual controversy must be extant at all stages of review, not merely at the time the complaint is filed."); Rosenburg v. Meese, 622 F. Supp. 1451, 1462 (S.D.N.Y. 1985)("Past exposure to illegal conduct is insufficient to sustain a present case or controversy regarding injunctive relief if unaccompanied by

continuing, present adverse effects."(citing <u>O'Shea v. Littleton</u>, 414 U.S. 488, 495-96 (1974)).)

                                    Respectfully submitted,

                                    DAVID M. BARASCH
                                    United States Attorney

                                    KATE L. MERSHIMER
                                    Assistant U.S. Attorney
                                    SHELLEY L. GRANT
                                    Paralegal Specialist
                                    228 Walnut Street
                                    Post Office Box 11754
                                    Harrisburg, PA  17108

Dated: April 9, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GLEN WILLIAM KOSKI, :
     Petitioner :
 :
    v. : Civil No. 1:CV-00-0640
 : (Judge Rambo)
UNITED STATES, :
     Respondent :

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on April 9, 2001, she served a copy of the attached

### NOTICE TO THE COURT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the places and addresses stated below, which is the last known addresses, and by depositing said envelope and contents in the United States Mail in Harrisburg, Pennsylvania.

Addressee:

Glen William Koski
25 Hill Road
South Hero, Vermont 05486

*Shelley L. Grant*
SHELLEY L. GRANT
Paralegal Specialist